**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Grand Valley MHP, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3690459** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **401 E. Las Olas Blvd, Ste 130-161** <br> **Fort Lauderdale, FL 33301** <br> Number, Street, City, State & ZIP Code | <br> <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** <br> County | **Location of principal assets, if different from principal place of business** <br> **18 Boney Valley Dr. Springfield, IL 62702** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Grand Valley MHP, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| Debtor | **Grand Valley MHP, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Time Out Properties, LLC** | Relationship | **Affiliate** | |
| | District | **Southern District of Florida - Fort Lauderdale Division** | When | **9/20/24** | Case number, if known | **Unknown** |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Grand Valley MHP, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 20, 2024**
MM / DD / YYYY

**X** ___*/s/ Neil Carmichael Bender, II*___          **Neil Carmichael Bender, II**
Signature of authorized representative of debtor          Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** ___*/s/ Bradley S. Shraiberg*___          Date  **September 20, 2024**
Signature of attorney for debtor          MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone    **561 443 0800**    Email address    **bss@slp.law**

**121622 FL**
Bar number and State

## CERTIFICATE OF LIMITED LIABILITY COMPANY RESOLUTION

We, the board of managers (the "Board") of **Grand Valley MHP, LLC** (the "Company"), a limited liability company incorporated under the laws of the State of Illinois, do hereby certify that a special meeting of the Board, held in accordance with state law and the bylaws of the Company, duly called on the **19th day of September 2024**, the following resolutions, none of which have been rescinded or amended, were adopted and all of which are in full force and effect.

1. RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties, that the Company file for voluntary relief under Chapter 11 of the Bankruptcy Code (the "Bankruptcy") in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is hereby authorized, and the Company shall initiate the Bankruptcy; and it is further

2. RESOLVED, that **Neil Carmichael Bender, II** (the "Authorized Officer"), is hereby designated as the responsible person to act on behalf of the Company, and the Authorized Officer shall be authorized and directed to execute and file a petition in the name of the Company under chapter 11 of the Bankruptcy Code, and cause the Bankruptcy to be filed in the United States Bankruptcy Court for the Southern District of Florida (the "Court"), and file schedules, lists, affidavits and other papers in the name of the Company, and take any and all action they deem necessary or proper in connection with the Bankruptcy; and it is further

3. RESOLVED, that the Company is authorized to employ the law offices of **Shraiberg Page, P.A.** ("SP") as its attorneys in connection with the Bankruptcy under such terms and conditions as the Authorized Officer, in his sole discretion, deems appropriate until further direction of the Board; *provided, however*, that the Company is authorized to pay SP a fee retainer for payment of attorneys' fees and reimbursement of expenses in connection with services to be rendered in the Bankruptcy; and it is further

4. RESOLVED, that the Company, subject to authorization of the Court, is authorized to employ such other professional persons in the Bankruptcy, under such terms and conditions as the Authorized Officer, in his sole discretion, deem appropriate until further direction of the Board, and with payment being subject to award by the Court.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this *19* day of September 2024.

**Grand Valley MHP, LLC**

By: _____

Neil Carmichael Bender, II, Manager

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Grand Valley MHP, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 19, 2024__     x _____
Signature of individual signing on behalf of debtor

**Neil Carmichael Bender, II**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Grand Valley MHP, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21st Communities, Inc. Attn: Manager PO Box 220 Knoxville, TN 37901-0220 | | | | | | **Unknown** |
| 21st Mortgage Corporation Attn: Ann Wilkins 620 Market Street, Suite 100 Knoxville, TN 37902 | | | | **$4,381,617.70** | **Unknown** | **Unknown** |
| Alan Thompson Attn: Manager, Officer, Agent 401 E. 11th Street Lumberton, NC 28358-4807 | | | | | | **Unknown** |
| Ameren Illinois PO Box 88034 Chicago, IL 60680-1034 | | Gas and propane | | | | **$478.93** |
| Austin Shapiro 31550 Northwestern Hwy, Suite 220 Farmington, MI 48334 | | Notice Only - Receiver | | | | **Unknown** |
| Blake Y. Boyette Buckmiller, Boyette & Frost, PLLC 4700 Six Forks Road, Suite 150 Raleigh, NC 27609-5288 | | | | | | **Unknown** |
| Brendan A. Potts 2400 Catalina Lane Springfield, IL 62702-1105 | | | | | | **Unknown** |

Debtor    **Grand Valley MHP, LLC**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brittany Court MHP, LLC** **1030 N. Grand Ave West** **East Bldg** **Springfield, IL 62702-4040** | | | | | | **Unknown** |
| **Brown Investment Properties, Inc.** **PO Box 930** **Greensboro, NC 27402** | | **Notice Only - Receiver** | | | | **Unknown** |
| **Buckmiller, Boyette & Frost, PLLC** **4700 Six Forks Road, Suite 150** **Raleigh, NC 27609-5288** | | | | | | **Unknown** |
| **CWLP** **City Water, Light & Power** **Municipal Center West** **Springfield, IL 62757-0001** | | **Water and sewer** | | | | **$16,808.61** |
| **M&T Realty Capital Corporation** **Attn: Wendy LeBlanc, VP** **One Light Street, 12th Floor** **Baltimore, MD 21201** | | | | **$22,500,000.00** | **Unknown** | **Unknown** |
| **Metron Sustainable Services, Inc** **5665 Airport Blvd, Suite 105** **Boulder, CO 80301** | | | | | | **$30,613.00** |
| **Northpoint Commercial Finance - TOC** **PO Box 731751** **Dallas, TX 75373-1751** | | | | **$21,513,404.87** | **Unknown** | **Unknown** |
| **Pace Analytical Services, LLC** **PO Box 684056** **Chicago, IL 60695-4056** | | **Water testing** | | | | **$112.00** |

Debtor **Grand Valley MHP, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Prairie State Inspections 25-68 Cottage Hill Ct. Lanark, IL 61046** | | | | | | **$36,450.00** |
| **Rick Ray and Sons Plumbing 1514 W Jefferson St Springfield, IL 62707** | | | | | | **$12,560.00** |
| **Sangamon County Tax Collector 200 S 9th Street, Room 303 Springfield, IL 62701** | | **Taxes** | | | | **$144,047.66** |
| **Sangamon County Water Reclamation District 2833 South Grand Ave. East Springfield, IL 62703** | | **Water and sewer** | | | | **$29,730.50** |
| **Style Crest, Inc. PO Box 8673 Carol Stream, IL 60197-8673** | | **Home repairs and maintenance** | | | | **$378.25** |

# United States Bankruptcy Court
## Southern District of Florida

In re   **Grand Valley MHP, LLC**                        Case No. _____

                                     Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Time Out Properties, LLC**<br>**401 E. Las Olas Blvd, Ste 130-161**<br>**Fort Lauderdale, FL 33301** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 20, 2024**              Signature   **/s/ Neil Carmichael Bender, II**

                                                        **Neil Carmichael Bender, II**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Southern District of Florida**

In re    **Grand Valley MHP, LLC**                           Case No.

                                          Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 20, 2024**                       **/s/ Neil Carmichael Bender, II**

                                                    **Neil Carmichael Bender, II/Manager**
                                                    Signer/Title

21st Communities, Inc.
Attn: Manager
PO Box 220
Knoxville, TN 37901-0220


21st Mortgage Corporation
Attn: Ann Wilkins
620 Market Street, Suite 100
Knoxville, TN 37902


21st Mortgage Corporation
PO Box 220
Knoxville, TN 37901


21st Mortgage Corporation
Attn: Lisa Sumner
4141 Parklake Ave, Suite 200
Raleigh, NC 27612-2333


Abbot Park MHC, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Alamac Village MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Alan Thompson
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Ameren Illinois
PO Box 88034
Chicago, IL 60680-1034


Austin Shapiro
31550 Northwestern Hwy, Suite 220
Farmington, MI 48334


Big C's MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301

Blake Y. Boyette
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Road, Suite 150
Raleigh, NC 27609-5288


Brando Management Services, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Brendan A. Potts
2400 Catalina Lane
Springfield, IL 62702-1105


Brittany Court MHP, LLC
1030 N. Grand Ave West
East Bldg
Springfield, IL 62702-4040


Brittany Court MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Brown Investment Properties, Inc.
PO Box 930
Greensboro, NC 27402


Brown Investment Properties, Inc.
1007 Battleground Ave, Suite 400
Greensboro, NC 27408


Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Road, Suite 150
Raleigh, NC 27609-5288


Bullock MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Cadillac Ranch MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807

Cape Fear MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11st Street
Lumberton, NC 28358-4807


Cedarbrook Estates MHP, LLC
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Bldg
Springfield, IL 62702-4040


Cedarbrook Estates MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Central Park 2 MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Central Park 3 MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


CHC TN LLC
Attn: Manager, Officer, Agent
520 W. Summit Hill Drive, Suite 801
Knoxville, TN 37902-2006


CHC TN, LLC
Attn: Manager, Officer, Agent
3340 Lake View Drive
Knoxville, TN 37919-6667


City of Lumberton
Attn: Manager
500 N. Cedar Street
Lumberton, NC 28358-5545


City View MHC, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Clayton Homes - Tru White Pine
Attn: Manager
2215 Walnut Street
White Pine, TN 37890-3709

Countryside MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


County of Hoke
Attn: Daphne Graham-Dudley
PO Box 217
Raeford, NC 28376-0217


Cumberland County Tax Admin.
Attn: Manager, Officer, Agent
117 Dick Street, Room 530
Fayetteville, NC 28301-9604


CWLP
City Water, Light & Power
Municipal Center West
Springfield, IL 62757-0001


Dogwood MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Eagle Wood MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Eastview MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Edward A. Golden
Williams Overman Pierce, LLP
2501 Atrium Drive, Suite 500
Raleigh, NC 27607-6492


Estate of James E. Blount, Jr.
McIntyre Law Office, PLLC
PO Box 1
Lumberton, NC 28359-0001

```
Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Green Pines MHC, LLC
Attn: Manager, Office, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Greenstate Credit Union
Attn: Legal
PO Box 800
North Liberty, IA 52317-0800


Illinois Department of Labor
524 S. 2nd Street, Suite 400
Springfield, IL 62701


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


John C. Bircher, III,
John C. Bircher, III, Trustee
209 Pollock Street
New Bern, NC 28560-4942


Jonathan Morton
Huggins, Davis & Associates
PO Box 1571
Lumberton, NC 28359


Joseph Zachary Frost
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Road, Suite 150
Raleigh, NC 27609-5288
```

Josh Stein
NC Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9000

Justin K. Humphries
The Humphries Law Firm, PC
1904 Eastwood Rd, Suite 310A
Wilmington, NC 28403

Kenneth Love
Karrenstein and Love, PLLC
10590 Independence Pointe Pkwy
Suite 200
Matthews, NC 28105

Kevin C. Baltz
Butler Snow, LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201

Laiken Estates MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807

Lisa P. Sumner
4141 Parklake Ave, Suite 200
Raleigh, NC 27612-2333

Littlefield Valley MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301

Littleton Storm & Timber Services, Inc.
1615 Sugar Hollow Road
Jacksonville, IL 62650

Littleton Storm & Timber Services, Inc.
Attn: Bradley B. Wilson, Esq.
Gates Wise Schlosser & Goebel
1231 South Eighth Street
Springfield, IL 62703

M&T Realty Capital Corporation
Attn: Wendy LeBlanc, VP
One Light Street, 12th Floor
Baltimore, MD 21201


Maple Creek MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Matthew W. Ring
2805 East Oakland Park Blvd, Suite 438
Fort Lauderdale, FL 33306


Mediterranean Avenue, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Metron Sustainable Services, Inc
5665 Airport Blvd, Suite 105
Boulder, CO 80301


Michael Leon Martinez
521 East Morehead Street
Suite 440
Charlotte, NC 28202


Morgan County Treasurer
Attn: Manager, Officer, Agent
300 West State Street
Jacksonville, IL 62650-2063


MR Property Group, Ltd.
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


NC Department of Revenue
Office Serv. Div, Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168


Neil C. Bender, II
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301

```
Northpoint Commercial Finance - TOC
PO Box 731751
Dallas, TX 75373-1751


Northpoint Commercial Finance, LLC
251 Little Falls Drive
Wilmington, DE 19808


Northpoint Commercial Finance, LLC
PO Box 1445
Alpharetta, GA 30009-1445


Northpoint Commercial Finance, LLC
c/o Bradley, Attn: James Bailey
1819 Fifth Avenue North
Birmingham, AL 35203-2120


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Pace Analytical Services, LLC
PO Box 684056
Chicago, IL 60695-4056


Park Lake Financial Solutions
Attn: Manager, Officer, Agent
108 Mactanly Place
Staunton, VA 24401-2373


Patch Place MHC, LLC
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Blvd
Springfield, IL 62702-4040


Pine Log MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Pine Run Park MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301
```

Pinewood MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Pleasant Hope MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Prairie Knolls MHP, LLC
401 E. Las Olas Blvd, Ste 130-1610
Fort Lauderdale, FL 33301


Prairie State Inspections
25-68 Cottage Hill Ct.
Lanark, IL 61046


Preston W. Rollero
Hedrick Gardner Kincheloe & Garofalo, LL
4131 Parklake Ave, Suite 300
Raleigh, NC 27612


Randy Paswater
Barber, Segatto, Hoffee, Wilke & Cate
831 E. Monroe
Springfield, IL 62701


Rick Ray and Sons Plumbing
1514 W Jefferson St
Springfield, IL 62707


Ridgefield MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Robeson County Tax Collector
Attn: Andrea Oxendine
550 North Chestnut Street, FL 2nd
Lumberton, NC 28358-5551


Rolling Acres MHC, LLC
FDBA Rolling Hills Mobile Estates MHC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301

Ross B. Hofherr
Harris Beach, PLLC Attorneys at Law
100 Wall Street
New York, NY 10005


Royal Supply
835 N. Valley Dell Dr.
Fenton, MO 63026


Sampson County Tax Collector
Attn: Manager, Officer, Agent
406 County Complex Rd
Clinton, NC 28328-4847


Sampson County Tax Collector
Attn: Manager, Officer, Agent
200 South 9th Street
Springfield, IL 62701-1608


Sangamon County Tax Collector
200 S 9th Street, Room 303
Springfield, IL 62701


Sangamon County Water
Reclamation District
2833 South Grand Ave. East
Springfield, IL 62703


Schoolview MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Scottsdale MHP, LLC
Attn: Manager, Officer, Agent
1030 N. Grand Ave West, East Bldg
Springfield, IL 62702-4040


Scottsdale MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


SEC Headquarters
100 F Street, NE
Washington, DC 20549

```
Secretary of Treasury
Attn: Managing Agent
1500 Pennsylvania Ave, NW
Washington, DC 20220-0001


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


Style Crest, Inc.
PO Box 8673
Carol Stream, IL 60197-8673


Style Crest, Inc.
2450 Enterprise, St
Fremont, OH 43420-8553


Style Crest, Inc.
Attn: Manager, Officer, Agent
Raleigh, NC 27608-1370


Taylor Park MHC, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Taylor's Bridge MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Time Out Communities, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Time Out MHP, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


Time Out Properties, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301
```

```
Top Park Maintenance
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


TOPPOS, LLC
401 E. Las Olas Blvd, Suite 130-161
Fort Lauderdale, FL 33301


TRIGILD IVL
Attn: Ian Lagowitz, Agent
4131 N. Central Express Way
Dallas, TX 75204


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


Victoria Estates MHC, LLC
Attn: Manager, Officer, Agent
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Waynesville Plantation MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


West Estates MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807


West Park MHC, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


White Sands MHC, LLC
Attn: Manager, Officer, Agent
401 E. 11th Street
Lumberton, NC 28358-4807
```

```
Wysteria Village MHC, LLC
401 East 11th St
Lumberton, NC 28358-4807
```